### ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
JEREMY SCHNEIDER　　　　　　　　　　　　　　　　　　　Fax: (212) 571-5507
ROBERT A. SOLOWAY
DAVID STERN

———

RACHEL PERILLO

July 10, 2019

Hon. Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

　　　　　　　Re: United States v. Owens et. al,
　　　　　　　　　***including Jaquez Hill***
　　　　　　　　　<u>17 Cr. 506 (NSR)</u>

Dear Judge Roman:

　　I, along with Elizabeth Macedonia, represent Jaquez Hill in the above referenced matter. I am writing to request a modification of the motion schedule to allow the parties to continue exploring a possible pre-trial disposition. The present motion scheduled is: defense motions, July 12th; government response, August 9th; defense reply, if any, August 23rd; court appearance, September 19th. The PROPOSED schedule is ; defense motions, July 23rd; government response, August 16th; defense reply remains August 23rd; court appearance remains, September 19th.

　　The government, by AUSA Maurene Comey joins in the requested modification.

Hon. Nelson S. Roman
July 10, 2019
Page Two

    If your Honor has any questions, or requires additional information, please do not hesitate to contact me.

    Thanking you in advance for your consideration in this matter.

Respectfully,

Jeremy Schneider

cc: AUSA Maurene Comey
    Elizabeth Macedonia, Esq.

JS/jd