

The Law Office of
Elizabeth E. Macedonio

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

January 15, 2020

**Via ECF**

Honorable Nelson S. Roman
United States District Judge
300 Quarropas Street
White Plains, New York 10601-4150

Re: United States v. Owens
17 Cr. 506 (NSR)
-5

Dear Judge Roman,

I represent Jaquez Hill in the above referenced matter. With the consent of the government, I write to respectfully request an adjournment of the sentence proceeding which is currently scheduled for January 31, 2020.

The within request is made as counsel requires additional time, in this most serious case, to draft a sentencing submission for the Court's consideration. It is respectfully requested that the matter be put over to a date in early May to allow counsel the time required to gather supporting documentation on Mr. Hill's behalf, and submit to the Court the defendant's letter in support of sentencing.

I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for the Defendant
Jaquez Hill*

cc:   All Parties – Via ECF

---

*Handwritten endorsement:*

Defendant's sentencing is adjourned from January 31, 2020 to May 1, 2020 at 11:00 A.M. The Clerk of Court is directed to terminate the motion at ECF No. 239.

The application is  [X] granted.
                    [ ] denied.

Nelson S. Román, U.S.D.J.
Dated: 1/17/2020
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020