**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

June 29, 2020

**Via ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Sentencing adjourned from July 24, 2020 until Nov. 20, 2020 at 12:00 pm.  Clerk of the Court requested to terminate the motion (doc. 298).

Dated: June 29, 2020

Re:  United States v. Owens et al.,
     Including JAQUEZ HILL
     17 Cr. 506 (NSR) -05

SO ORDERED.

Nelson S. Román, U.S.D.J.

Dear Judge Roman:

I, along with Elizabeth Macedonio, represent Jaquez Hill, a defendant in the above-referenced matter. I write with the consent of the government, by AUSA Maurene Comey, to respectfully request an adjournment of Mr. Hill's sentencing, presently scheduled for July 24, 2020 at 12:00 p.m. An adjournment is necessary due to the ongoing COVID-19 pandemic and the uncertainty of when in-person court proceedings will resume. I therefore propose an adjournment to November 20, 2020 at 12:00 p.m., a date and time that I understand is convenient for the Court.

I thank your Honor for your attention to this matter.

Respectfully submitted,

/s/

Jeremy Schneider

cc:  All counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020