MEMO ENDORSED

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

———————————

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

October 29, 2020

**Via ECF**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Defendant's request to adjourn the Sentencing from Nov. 20, 2020 until March 18, 2021 at 12:00 pm is granted upon the Government's consent. Clerk of Court requested to terminate the motion (doc. 349). Dated: Nov. 4, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: United States v. Owens et al.,
    Including JAQUEZ HILL
    <u>17 Cr. 506 (NSR)</u> -05

Dear Judge Roman:

    I, along with Elizabeth Macedonio, represent Jaquez Hill, a defendant in the above-referenced matter. I <u>write with the consent of the government, by AUSA Maurene Comey, to respectfully request an adjournment of Mr. Hill's sentencing, which is presently scheduled for November 20 at 12:00 p.m.</u>

    The reasons for an adjournment are as follows. First, Mr. Hill is incarcerated at the Metropolitan Detention Center ("MDC"), and the ongoing COVID-19 pandemic has limited our ability to meet and speak with our client in order to sufficiently prepare him for sentencing. Second, because of the complexity and seriousness of this matter, we believe it is in Mr. Hill's best interest to proceed with an in-person sentencing. However, doing so at this time would require Mr. Hill to quarantine for fourteen days upon returning from court to the MDC, which we would like to avoid. Finally, I am unable to appear in person at this time due to my underlying medical conditions and the health risks associated with COVID-19. For these reasons, it is respectfully <u>requested that Mr. Hill's sentencing be adjourned to March 18, 2021 at 12:00 p.m.</u>, a date and time that I understand is convenient for the Court.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2020

Hon. Nelson S. Roman
October 29, 2020
Page Two

      I thank your Honor for your attention to this matter.

                                                Respectfully submitted,

                                                /s/

                                              Jeremy Schneider

cc:    All counsel (by ECF)