**MEMO ENDORSED**

### ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                          Tel: (212) 571-5500
Jeremy Schneider                                             Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

February 26, 2021

**VIA ECF and EMAIL**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    United States v. Owens et al.,
>        Including JAQUEZ HILL
>        17 Cr. 506 (NSR) -05

Deft's request to adjourn the Sentencing from Mar. 18, 2021 until June 18, 2021 at 11:00 am or, alternatively, June 25, 2021 at 11:00 am is granted upon the Govt's consent. Clerk of Court requested to terminate the motion (doc. 370).
Dated: Mar. 1, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

I, along with Elizabeth Macedonio, represent Jaquez Hill, in the above-referenced matter. I write with the consent of the government, by AUSA Maurene Comey, to respectfully request an adjournment of Mr. Hill's sentencing, presently scheduled for March 18, 2021 at 12:00 p.m. An adjournment is necessary due to the ongoing COVID-19 pandemic and the uncertainty of when in-person court proceedings will resume. Therefore, I propose an adjournment to any date the week of June 21st, at any time convenient for the Court.

I thank your Honor for your attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/1/2021____

Respectfully submitted,

/s/

Jeremy Schneider

cc:    All counsel (by ECF)