**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

June 1, 2021

**VIA ECF and EMAIL**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Deft's request to adjourn the in-person Sentencing from June 18, 2021 until Oct. 21, 2021 at 11:00 am or, alternatively, Oct. 22, 2021 at 11:00 am is granted upon the Govt's consent. Clerk of Court requested to terminate the motion (doc. 384).
Dated: June 1, 2021

Re:   United States v. Owens et al.,
      Including JAQUEZ HILL
      S3 17 Cr. 506 (NSR)-05

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

I, along with Elizabeth Macedonio, represent Jaquez Hill in the above-referenced matter. I write with the consent of the government, by AUSA Maurene Comey, to respectfully request an adjournment of Mr. Hill's sentencing, presently scheduled for June 18, 2021. An adjournment is necessary due to the ongoing COVID-19 pandemic and the uncertainty of when in-person court proceedings will resume as well as counsel's trial schedule.

Therefore, I propose an adjournment to October 21st at 11:00 or October 22nd at 11:00, both dates and times I am informed are convenient to the Court.

I thank your Honor for your attention to this matter.

Respectfully submitted,

/s/
Jeremy Schneider

cc:   Elizabeth Macedonio (by ECF and Email)
      Maureen R. Comey (by ECF and Email)


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2021