

**The Law Office of Elizabeth E. Macedonio**

52 Duane Street – 7th Floor – New York, NY 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

November 8, 2021

**MEMO ENDORSED**

<u>Via ECF</u>

Honorable Nelson S. Román,
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Jaquez Hill</u>
S3 17 Cr. 506 (NSR)-05

Dear Judge Román:

Jeremy Schneider and I represent Jaquez Hill in the above referenced matter. With the consent of the government, I write to request that the sentence in this matter be adjourned to February 25, 2022 at 10:45 in the morning. It is currently on the Court's calendar for December 7, 2021.

In addition to the challenges brought on by the pandemic, counsel is currently in the process of receiving and reviewing historical records that may be pertinent to Mr. Hill's sentence. In order to complete this task and to prepare a sentence submission for the Court's review, the within request is made.

I thank Your Honor for his continued consideration.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Attorney for the Defendant*
*Jaquez Hill*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

All Parties Via ECF

Deft.'s request to adjourn the in-person Sentencing from Dec. 7, 2021 until Feb. 25, 2022 at 10:45 am with an alternate date of Feb. 24, 2022 at 10:45 am is GRANTED with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 419).
Dated: White Plains, NY
Nov. 10, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE