**MEMO ENDORSED**

**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| _____ | |
| Rachel Perillo | |

February 3, 2022

**Via ECF & Email**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Deft.'s request to adjourn the in-person Sentencing from Feb. 25, 2022 until May 11, 2022 at 10:00 am with an alternate date of May 12, 2022 at 10:00 am is GRANTED with the Govt's consent. Clerk of Court requested to terminate the motion (doc. 427).
> Dated: Feb. 3, 2022
> **SO ORDERED:**
> /s/ Hon. Nelson S. Roman
> UNITED STATES DISTRICT JUDGE

    Re:    United States v. Owens et al.,
           Including JAQUEZ HILL
           <u>17 Cr. 506 (NSR) -05</u>

Dear Judge Roman:

    I, along with Elizabeth Macedonio, represent Jaquez Hill in the above-referenced matter. I write with the consent of the government, by AUSA Emily Deininger, to respectfully request an adjournment of Mr. Hill's sentencing, presently scheduled for February 25, 2022 at 10:45 a.m. An adjournment is needed because I will be out of town on personal and professional business on this date. It is my understanding that the Court is available to conduct sentencing on May 11, 2022 at 10:00 a.m., with an alternate date of May 12, 2022 at 10:00 a.m. It is therefore respectfully requested that Mr. Hill's sentencing be adjourned to either date that is most convenient for the Court.

    I thank your Honor for your attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2022

Respectfully submitted,
/s/
Jeremy Schneider

cc:    Elizabeth Macedonio, Esq. (by ECF & Email)
       AUSA Emily Deininger (by ECF & Email)
       AUSA Christopher Clore (by ECF & Email)