**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

April 12, 2022

**Via ECF & Email**
Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Deft's request to adjourn the in-person Sentencing from May 11, 2022 until June 28, 2022 at 9:30 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion (doc. 439).
> Dated: White Plains, NY
>           April 19, 2022
>
> **SO ORDERED:**
> /s/ Hon. Nelson S. Roman
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Owens et al.,
        Including JAQUEZ HILL
        <u>17 Cr. 506 (NSR) -05</u>

Dear Judge Roman:

    I, along with Elizabeth Macedonio, represent Jaquez Hill in the above-referenced matter. I write without objection from the government, by AUSA Emily Deininger, to respectfully request an adjournment of Mr. Hill's sentencing, presently scheduled for May 11, 2022 at 10:00 a.m. An adjournment is needed because Ms. Macedonio and I are scheduled to begin a trial before Judge Stein in *United States v. Christian Pabon*, 18 Cr. 319 (SHS) on May 2, 2022, which is expected to last approximately three weeks. It is therefore respectfully requested that Mr. Hill's sentencing be adjourned to June 28, 2022 at 9:30 a.m., a date and time that I understand is convenient for the Court.

    I thank your Honor for your attention to this matter.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   Elizabeth Macedonio, Esq. (by ECF & Email)
        AUSA Emily Deininger (by ECF & Email)
        AUSA Christopher Clore (by ECF & Email)