**MEMO ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

———————————
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2022

June 14, 2022

**Via ECF & Email**
Hon. Nelson Stephen Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Deft's request to adjourn the in-person Sentencing from June 28, 2022 until Sept. 23, 2022 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 444.
Dated: White Plains, NY
June 14, 2022

SO ORDERED:
/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   United States v. Owens et al.,
      Including JAQUEZ HILL
      17 Cr. 506 (NSR) -05

Dear Judge Román:

I, along with Elizabeth Macedonio, represent Jaquez Hill in the above-referenced matter. I write without objection from the government, by AUSA Emily Deininger, to respectfully request an adjournment of Mr. Hill's sentencing, presently scheduled for June 28, 2022 at 9:30 a.m. An adjournment is needed because Ms. Macedonio is scheduled to be on trial in another criminal matter on the current sentencing date. Having conferred with the Court regarding Ms. Macedonio's and my respective trial and personal schedules, it is respectfully requested that the proceeding be adjourned to September 23, 2022 at 11:00 a.m., a date and time that I understand is convenient for the Court.

If the Court has any questions regarding this application please do not hesitate to contact me. I thank your Honor for your attention to this matter.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   Elizabeth Macedonio, Esq. (by ECF & Email)
      AUSA Emily Deininger (by ECF & Email)
      AUSA Christopher Clore (by ECF & Email)