**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2023

January 27, 2023

**VIA ECF**

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:  United States v. Jaquez Hill
           17 Cr. 506 (NSR) -05

Dear Judge Roman:

    I represented Mr. Jaquez Hill in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 32.3 hours, nunc pro tunc to January 16, 2019, assisting me in this matter. Much of that time involved correspondence, reviewing the mitigation report and records, communication with family and working on the sentencing memorandum.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Hill in this matter.  Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

JS/sc

**Deft's request to seek approval to submit a voucher for Rachel Perillo, an associate, billing at a rate of $90 per hr., who expended a total of 32.3 hours, *nunc pro tunc* to Jan. 16, 2019, is GRANTED. Counsel is directed to submit a voucher through the e-voucher system. Clerk of Court is requested to terminate the motion at ECF No. 469.
Dated: White Plains, NY
      February 3, 2023**

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE